**EXHIBIT 1**





| # | Subject Photographs | Accused Posts |
|---|---|---|
| 4. | entry-wide-2<br>VA 2-201-368 | |
| 5. | guest-bed<br>VA 2-201-368 | |
| 6. | her-closet<br>VA 2-201-368 | |
| 7. | | |

| # | Subject Photographs | Accused Posts |
|---|---|---|
|   | his-closet<br>VA 2-201-368 |   |
| 8. | kitchen1pt<br>VA 2-201-368 |   |
| 9. | kitchen-oblique<br>VA 2-201-368 |   |
| 10. | living-room-view-2<br>VA 2-201-368 |   |
| 11. |   |   |

| # | Subject Photographs | Accused Posts |
|---|---|---|
| | master-bed<br>VA 2-201-368 | |
| 12. | office-2<br>VA 2-201-368 | |
| 13. | pool<br>VA 2-201-368 | |
| 14. | sitting-room-2<br>VA 2-201-368 | |