UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV23-01718 JAK (ADSx) | Date | July 24, 2023 |
| Title | Michael Kelley v. Penske Media Corp., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING PRETRIAL DEADLINES (DKT. 20)**

The Court has reviewed the parties' July 11, 2023 Joint Report and sets the following deadlines:

| | |
|---|---|
| October 30, 2023 | Last day to amend or add parties |
| January 24, 2024 | Last day to participate in a settlement conference/mediation |
| January 26, 2024 | Last day to file notice of settlement / joint report re settlement |
| February 5, 2024 at 11:30 a.m. | Post Mediation Status Conference |
| March 25, 2024 | Non-Expert Discovery Cut-Off |
| April 8, 2024 | Initial Expert Disclosures |
| April 22, 2024 | Rebuttal Expert Disclosures |
| May 6, 2024 | Expert Discovery Cut-Off |
| May 6, 2024 | Last day to file All Motions *(including discovery motions)* |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court grants the parties' request to participate in a settlement conference with a member from the ADR Panel. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. They are also ordered to comply with General Order 11-10 with respect to selecting a member from the ADR Panel and scheduling and conducting the mediation with the ADR Panel Member. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on February 5, 2024, if such notice is filed on or before January 26, 2024. If a notice of settlement is not filed, counsel shall file a joint report by January 26, 2024, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV23-01718 JAK (ADSx) | Date | July 24, 2023 |
|---|---|---|---|
| Title | Michael Kelley v. Penske Media Corp., et al. | | |

settlement communications between the parties.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | tj |