Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KELLEY, <br><br> Plaintiff, <br><br> v. <br><br> PENSKE MEDIA CORPORATION, et al., <br><br> Defendants. | Case No. 2:23-cv-01718-JAK-ADS <br> <u>Hon. John A. Kronstadt Presiding</u> <br><br> **NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of this action. Because the parties are still in the process of consummating that settlement, the parties anticipate filing a stipulation to dismiss this action within 30 days. Accordingly, Plaintiff Michael Kelley respectfully requests that the Court take all dates off calendar and retain jurisdiction for the purpose of enforcing the fully executed written settlement agreement between the parties.

Respectfully submitted,

Date: March 19, 2024     By:  /s/ *Benjamin F. Tookey*
                              Stephen M. Doniger
                              Benjamin F. Tookey
                              DONIGER / BURROUGHS APC
                              *Attorneys for Plaintiff*